ESTELLE BARKIN, Respondent, v. NATHAN BARKIN, Appellant.— Order, so far as appealed from, unanimously modified insofar as to fix the alimony at $15 per week and, as so modified, affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ARTHUR F. WILLIAMS, Respondent, v. OLGA KAHLER et al., Defendants. JOHN J. McCLOSKEY, as Sheriff of the City of New York, Appellant.— The order of Special Term correctly vacated the attachment against the defendants' property. The order, however, is modified so as to direct that, at the same time, payment of the sheriff's poundage in the sum of $236.23 be made by the plaintiff (*Miller* v. *Miller*, 108 App. Div. 310) and, as so modified, affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of the Probate of the Will of JOSEPH A. NONES, Deceased. JOSEPHINE A. NONES, Appellant; MARGARET BULLOWA et al., Respondents.— Order unanimously modified so as to eliminate all items except 1, 3 and 4 and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

CECIL B. JONES, Respondent, v. AIRCRAFT TOOL & DIE CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

OLGA KONOW, Respondent, v. MILICA BANAC, as Executrix of BOZO BANAC, Deceased, Appellant.— Order, so far as appealed from, unanimously modified insofar as to allow items 2 and 4(b) and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ANNA R. CROSSIN, Respondent, v. FREDERICK J. NEWMAN, as Trustee under a Deed of Trust Dated June 10, 1914, et al., Defendants, and BERTARENE REALTY CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

HELEN STRAUS, Appellant, v. HUGH G. STRAUS, JR., Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between FORGE MILLS, INC., and FOSTER BROS. SPORTSWEAR COMPANY et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 919.]

RADCLIFFE ASSOCIATES, INC., v. JACK GREENSTEIN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 277.]

EBBEN SCHRAMM v. WALTER READE et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 922.]